UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joy Banfield, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Indevus Pharmaceuticals, Inc., et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11321 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated:  June 25, 2004

/s/ Janice W. Howe
William A. McCormack  BBO #329580
Janice W. Howe BBO #242190
David Yamin BBO #562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000
*Counsel for Defendants Wyeth and Wyeth Pharmaceuticals, Inc.*